## The People of the State of Illinois ex rel. John J. Lynch and A. Cochrane (Petitioners), Appellee, v. William Hale Thompson, Mayor (Respondent), Appellant.

### Gen. No. 21,767.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. EDWARD M. MANGAN, Judge, presiding. Heard in this court at the October term, 1915. Reversed and remanded with directions. Opinion filed May 29, 1916.

### Statement of the Case.

Mandamus proceedings by the People of the State of Illinois *ex rel.* John J. Lynch and A. Cochrane, pe-

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

titioners, against William Hale Thompson, mayor of Chicago, respondent, to compel issuance of a dram shop license to petitioners. From an order directing the issuance of a license, the respondent appeals.

The order was entered August 16, 1915, and the term for which the license was applied for ran from May 1 to October 31, 1915, and expired before the hearing of the appeal.

SAMUEL A. ETTELSON, for appellant; ROY S. GASKILL, of counsel.

WILLIAM G. ANDERSON and L. A. NEWBY, for appellee.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

1. INTOXICATING LIQUORS, § 28*—*when issuance of dramshop license within discretion of authorized officer.* The issuance of dramshop licenses is a matter of discretion of the officer authorized thereto by the statute.

2. INTOXICATING LIQUORS, § 28*—*when discretion of authorized officer in refusing to issue dramshop license not interfered with.* In the absence of fraud or arbitrary exercise of discretion by officer authorized to issue dramshop licenses, the courts will not interfere with his exercise of discretion in refusing to issue a license.

3. INTOXICATING LIQUORS, § 30*—*when order directing issuance of dramshop license reversed on appeal.* Where the term for which a dramshop license has been ordered issued has expired before the hearing on appeal, such order will be reversed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.